JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| EUGELIO ARCILLA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANNA'S LINENS, INC. and DOES 1-10,<br><br>Defendants. | Case No. SA CV 07-34 JVS (MLGx)<br><br>**ORDER DISMISSING CASE**<br><br>Judge: Hon. James V. Selna |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to the Stipulation of the Parties, this matter is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: November 25, 2008

_____
HON. JAMES V. SELNA
United States District Court Judge

- 1 -
**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**